IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ENRIQUE QUIROZ, Deceased, Through JOSEPHONE SALAZAR Individually, and as NEXT FRIEND OF J.R.S, E.F Q, AND E.Q. Minors; MERCEDES QUIROZ, JASMINE QUIROZ, ANDREW RAMIREZ AND CHRISTINA ESPINOZA as NEXT FRIEND OF H.E., A MINOR,<br>    Plaintiffs,<br><br>v.<br><br>OFFICERS EDUARDO PINEDA, SPENCER HANNA, ZANE DOWDELL, LUCAS PARKER, and WILLIAM LEGGIO and CITY OF AUSTIN, TEXAS,<br>    Defendants. | §§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 1:21-cv-443-LY |

## JOINT MOTION FOR CONTINUANCE
## AND TO AMEND SCHEDULING ORDER

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:

THE PARTIES, by and through legal counsel, including all of the Plaintiffs and Defendants, file this Joint Motion for Continuance and to Amend Scheduling Order, and respectfully state the following:

1.  The current scheduling order [Doc. 30] sets this case for trial on July 31, 2023 and sets August 16, 2022 as the deadline for Plaintiffs to designate any testifying expert. On March 30, 2022 Plaintiffs filed their Second Amended Complaint [Doc. 33] naming three additional defendants.

2.  The Travis County Grand Jury has yet to convene regarding the potential pending charges against Defendants Hanna and Pineda pertaining to the incident which is the basis of this case. As a result, the usual and ordinary discovery has been delayed. The Plaintiffs and Defendants

respectfully submit that it would be better for the interests of all parties for the current scheduling order [Doc. 30] to be amended, and the Parties do hereby jointly request for the Court to consider and enter the amended scheduling order attached as **Exhibit A** to this motion which extends the deadlines in this case.

3. Additionally, the Parties request for the Court to continue this case from its current trial setting of July 31, 2023 to a later date that is convenient for the Court.

## PRAYER FOR RELIEF

For the above stated reasons, the Parties, including all Plaintiffs and all Defendants, respectfully request that the Court enter the Amended Scheduling Order attached as **Exhibit A** and continue the case from its current trial setting of July 31, 2023 to a later date convenient for the Court.

RESPECTFULLY SUBMITTED,

 */s/ Bobby R. Taylor*
Bobby R. Taylor
State Bar No. 19685500
1709 E. Martin L. King Jr. Blvd
Austin, Texas 78702
Telephone:  (512) 476-4886
Facsimile:   (512) 476-2818

**ATTORNEY FOR PLAINTIFFS**


 /s/   Monte L. Barton, Jr.
ANNE L. MORGAN, CITY ATTORNEY
MEGHAN RILEY, CHIEF OF LITIGATION
MONTE L. BARTON, JR.
State Bar No. 24115616
monte.barton@austintexas.gov
City of Austin
P. O. Box 1546
Austin, Texas  78767-1546
Telephone (512) 974-2409
Facsimile (512) 974-1311

**ATTORNEYS FOR DEFENDANTS
CITY OF AUSTIN, ZANE DOWDELL,
LUCAS PARKER, and WILLIAM LEGGIO**

/s/ Stephen B. Barron
Blair J. Leake
State Bar No. 24081630
bleake@w-g.com
Stephen B. Barron
State Bar No. 24109619
sbarron@w-g.com
Archie Carl Pierce
State Bar No. 5991500
cpierce@w-g.com
WRIGHT & GREENHILL, P.C.
900 Congress Avenue, Suite 500
Austin, Texas 78701
Telephone: (512) 476-4600
Facsimile:  (512) 476-5382

**ATTORNEY FOR DEFENDANTS
EDUARDO PINEDA and SPENCER HANNA**

## CERTIFICATE OF CONFERENCE

I certify that on August 16, 2022, I conferred via email with Counsel for Plaintiffs, Bobby Taylor, and Counsel for Defendants Hanna and Pineda, attorney Blaire Leake, and they each advised that they are not opposed to this Motion for Continuance and to Amend Scheduling Order.

/s/ Monte L. Barton, Jr.
MONTE L. BARTON, JR.

## CERTIFICATE OF SERVICE

I certify that on August 16, 2022, I served a copy of the Joint Motion for Continuance and to Amend Scheduling Order on all parties, by and through their attorneys of record, in compliance with the Federal Rules of Civil Procedure.

**Via CM/ECF:**

| | |
|---|---|
| Bobby R. Taylor | Blair J. Leake |
| State Bar No. 19685500 | State Bar No. 24081630 |
| 1709 E. Martin L. King Jr. Blvd | bleake@w-g.com |
| Austin, Texas 78702 | Stephen B. Barron |
| Telephone: (512) 476-4886 | State Bar No. 24109619 |
| Facsimile: (512) 476-2818 | sbarron@w-g.com |
| | Archie Carl Pierce |
| **ATTORNEY FOR PLAINTIFFS** | State Bar No. 5991500 |
| | cpierce@w-g.com |
| | WRIGHT & GREENHILL, P.C. |
| | 900 Congress Avenue, Suite 500 |
| | Austin, Texas 78701 |
| | Telephone: (512) 476-4600 |
| | Facsimile: (512) 476-5382 |
| | |
| | **ATTORNEY FOR DEFENDANTS** |
| | **EDUARDO PINEDA and SPENCER HANNA** |

      /s/ Monte L. Barton, Jr.
      MONTE L. BARTON, JR.