IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ENRIQUE QUIROZ, Deceased, through JOSEPHINE SALAZAR, individually, and as next friend of J.R.S., E.F.Q, and E.Q., Minors; MERCEDES QUIROZ, JASMINE QUIROZ, ANDREW RAMIREZ and CHRISTINA ESPINOZA as next friend of H.E., a Minor, <br>    *Plaintiffs*, <br><br> v. <br><br> OFFICERS EDUARDO PINEDA, SPENCER HANNA, ZANE DOWDELL, LUCAS PARKER, WILLIAM LEGGIO, and CITY OF AUSTIN, TEXAS, <br>    *Defendants*. | § § § § § § § § § § § § § § § § § | No. 1:21-cv-00443-RP |

## FIRST JOINT STATUS REPORT REGARDING
## PENDING CRIMINAL PROCEEDINGS AGAINST
## DEFENDANTS EDUARDO PINEDA AND SPENCER HANNA

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. The parties file this quarterly joint status report pursuant to this Court's December 5, 2022 and March 14, 2023 Orders.[1] The parties also collectively sincerely apologize to this Court for having failed to file a joint status report in the allotted time and have worked to file this pleading as promptly as possible once the error was highlighted by the Court.

2. Travis County District Attorney Jose Garza issued his latest press release outlining the current pending Civil Rights Unit Case Summaries on February 23, 2023.[2] Prior iterations of the

---

[1] Orders, Dkts. # 45 – 46.

[2] *See* Travis County DA Civil Rights Unit Case Summaries – Feb. 23, 2023, pg. 7 https://www.traviscountytx.gov/images/district_attorney/docs/Press_Releases/2023/Case_Summaries_February_23_2023.pdf.

same civil rights report identified specific expected grand jury presentation dates—at least roughly—for each listed case. However, the District Attorney's Office has now chosen to assign seventeen cases a "grand jury term of presentation" date of "TBD," including the grand jury presentation for the case at bar. Six other cases are purported to have been scheduled for a grand jury presentation in January of 2023.

3. The parties are thus still waiting for the District Attorney's Office to present the subject incident to a grand jury before civil proceedings herein can begin again once the jointly agreed upon stay has been lifted.

Respectfully submitted,

**WRIGHT & GREENHILL, P.C.**
4700 Mueller Blvd., Suite 200
Austin, Texas  78723
(512) 476-4600
(512) 476-5382 – Fax

By:_____/s/ Blair J. Leake_____
    Blair J. Leake
    State Bar No. 24081630
    bleake@w-g.com
    Stephen B. Barron
    State Bar No. 24109619
    sbarron@w-g.com
**ATTORNEYS FOR DEFENDANTS
EDUARDO PINEDA AND
SPENCER HANNA**

     – AND –

**BOBBY R. TAYLOR**
1709 E. Martin L. King, Jr. Blvd.
Austin, Texas 78702
Tel. (512) 476-4886
Fax (512) 476-2818

By:/s/ Bobby R. Taylor_____
    Bobby R. Taylor
    State Bar No. 19685500
    bobby@taylor-law.com
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of March, 2023, a true and correct copy of the foregoing document was caused to be served upon all counsel of record via E-File/E-Service/E-Mail and/or U.S. First Class Mail in accordance with the Federal Rules of Civil Procedure as follows:

Bobby R. Taylor
bobby@taylor-law.com
**THE LAW OFFICE OF BOBBY R. TAYLOR**
1709 E. Martin L. King, Jr. Blvd.
Austin, Texas 78702

Monte L. Barton, Jr.
monte.barton@austintexas.gov
**City of Austin – Law Department**
P.O. Box 1546
Austin, Texas  78767-1546

                                                             /s/ Blair J. Leake
                                                             Blair J. Leake