IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ENRIQUE QUIROZ, Deceased, through JOSEPHINE SALAZAR, individually, and as next friend of J.R.S., E.F.Q. and E.Q., Minors; MERCEDES QUIROZ, JASMINE QUIROZ, ANDREW RAMIREZ and CHRISTINA ESPINOZA as next friend of H.E., a Minor, *Plaintiffs*, | § § § § § § § § | |
| v. | § § | No. 1:21-cv-00443-RP |
| OFFICERS EDUARDO PINEDA, SPENCER HANNA, ZANE DOWDELL, LUCAS PARKER, WILLIAM LEGGIO, and CITY OF AUSTIN, TEXAS, *Defendants*. | § § § § § § | |

**SECOND JOINT STATUS REPORT REGARDING
PENDING CRIMINAL PROCEEDINGS AGAINST
DEFENDANTS EDUARDO PINEDA AND SPENCER HANNA**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1.     The parties file this quarterly joint status report pursuant to this Court's December 5, 2022 Order (Dkt. # 45).

2.     Travis County District Attorney Jose Garza issued his latest press release outlining the current pending Civil Rights Unit Case Summaries on April 19, 2023.[1] Prior iterations of the same civil rights report identified specific expected grand jury presentation dates—at least roughly—for each listed case. However, the District Attorney's Office has now chosen to assign fourteen cases a "grand jury term of presentation" date of "TBD," including the grand jury presentation for the

---

[1] *See* Travis County DA Civil Rights Unit Case Summaries – Apr. 19, 2023, pg. 7 https://www.traviscountytx.gov/images/district_attorney/docs/Press_Releases/2023/Case_Summaries_April_19_2023.pdf.

case at bar.  Three other cases are purported to have been scheduled for a grand jury presentation in January of 2023.

3.      The parties are thus still waiting for the District Attorney's Office to present the subject incident to a grand jury before civil proceedings herein can begin again once the jointly agreed upon stay has been lifted.

Respectfully submitted,

**WRIGHT & GREENHILL, P.C.**
4700 Mueller Blvd., Suite 200
Austin, Texas  78723
(512) 476-4600
(512) 476-5382 – Fax

By:_____/s/ Blair J. Leake_____
      Blair J. Leake
      State Bar No. 24081630
      bleake@w-g.com
      Stephen B. Barron
      State Bar No. 24109619
      sbarron@w-g.com

**ATTORNEYS FOR DEFENDANTS**
**EDUARDO PINEDA AND**
**SPENCER HANNA**

      **– AND –**

**BOBBY R. TAYLOR**
1709 E. Martin L. King, Jr. Blvd.
Austin, Texas 78702
Tel. (512) 476-4886
Fax (512) 476-2818

By:_____/s/ Bobby R. Taylor_____
      Bobby R. Taylor
      State Bar No. 19685500
      bobby@taylor-law.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of June, 2023, a true and correct copy of the foregoing document was caused to be served upon all counsel of record via E-File/E-Service and/or E-Mail in accordance with the Federal Rules of Civil Procedure as follows:

Bobby R. Taylor
bobby@taylor-law.com
**THE LAW OFFICE OF BOBBY R. TAYLOR**
1709 E. Martin L. King, Jr. Blvd.
Austin, Texas 78702

Monte L. Barton, Jr.
monte.barton@austintexas.gov
**City of Austin – Law Department**
P.O. Box 1546
Austin, Texas  78767-1546

_____/s/ Blair J. Leake_____
Blair J. Leake