IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ENRIQUE QUIROZ, Deceased, through JOSEPHINE SALAZAR, individually, and as next friend of J.R.S., E.F.Q, and E.Q., Minors; MERCEDES QUIROZ, JASMINE QUIROZ, ANDREW RAMIREZ and CHRISTINA ESPINOZA as next friend of H.E., a Minor,<br>    *Plaintiffs*,<br><br>v.<br><br>OFFICERS EDUARDO PINEDA, SPENCER HANNA, ZANE DOWDELL, LUCAS PARKER, WILLIAM LEGGIO, and CITY OF AUSTIN, TEXAS,<br>    *Defendants*. | §§§§§§§§§§§§§§§ | No. 1:21-cv-00443-RP |

## THIRD JOINT STATUS REPORT REGARDING PENDING CRIMINAL PROCEEDINGS AGAINST DEFENDANTS EDUARDO PINEDA AND SPENCER HANNA

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. The parties file this quarterly joint status report pursuant to this Court's December 5, 2022 Order (Dkt. # 45).

2. Travis County District Attorney Jose Garza issued his latest press release outlining the current pending Civil Rights Unit Case Summaries on June 30, 2023.[1] Prior iterations of the same civil rights report identified specific expected grand jury presentation dates—at least roughly—for each listed case. However, the District Attorney's Office has now chosen to assign thirteen cases a "grand jury term of presentation" date of "TBD," including the grand jury presentation for the

---

[1] *See* Travis County DA Civil Rights Unit Case Summaries – June 30, 2023, pg. 7 https://www.traviscountytx.gov/images/district_attorney/docs/Press_Releases/2023/PR_Case_Summaries_June_30_2023.pdf.

case at bar. Two other cases are purported to have been scheduled for a grand jury presentation in January of 2023.

3. The parties are thus still waiting for the District Attorney's Office to present the subject incident to a grand jury before civil proceedings herein can begin again once the jointly agreed upon stay has been lifted.

Respectfully submitted,

**WRIGHT & GREENHILL, P.C.**
4700 Mueller Blvd., Suite 200
Austin, Texas 78723
(512) 476-4600
(512) 476-5382 – Fax

By:      /s/ Blair J. Leake
    Blair J. Leake
    State Bar No. 24081630
    bleake@w-g.com
    Stephen B. Barron
    State Bar No. 24109619
    sbarron@w-g.com

**ATTORNEYS FOR DEFENDANTS EDUARDO PINEDA AND SPENCER HANNA**

– AND –

ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, LITIGATION DIVISION CHIEF

By:   /s/   Monte L. Barton Jr.
    MONTE L. BARTON JR.
    State Bar No. 24115616
    monte.barton@austintexas.gov
    City of Austin
    P. O. Box 1546
    Austin, Texas 78767-1546
    Telephone (512) 974-2409
    Facsimile (512) 974-1311

**ATTORNEYS FOR DEFENDANT CITY OF AUSTIN**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of September, 2023, a true and correct copy of the foregoing document was caused to be served upon all counsel of record via E-File/E-Service and/or E-Mail in accordance with the Federal Rules of Civil Procedure as follows:

Bobby R. Taylor
bobby@taylor-law.com
**THE LAW OFFICE OF BOBBY R. TAYLOR**
1709 E. Martin L. King, Jr. Blvd.
Austin, Texas 78702

Monte L. Barton, Jr.
monte.barton@austintexas.gov
**City of Austin – Law Department**
P.O. Box 1546
Austin, Texas  78767-1546

                                                  /s/ Blair J. Leake
                                                  Blair J. Leake