IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| QUIROZ et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1-21-CV-443-RP |
| PINEDA et al, | § § § | |
| Defendants. | § § | |

## ORDER

**IT IS ORDERED** that the trial date of November 13, 2023 is **VACATED**.

**IT IS ORDERED** that the parties shall continue to file quarterly status reports pursuant to this Court's previous order, (Dkt. 45), to keep the Court apprised of the progress of the criminal proceedings and any other relevant matters.

The Court will revisit scheduling at a later date.

**SIGNED** on September 26, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE