IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ENRIQUE QUIROZ, Deceased, through JOSEPHINE SALAZAR, individually, and as next friend of J.R.S., E.F.Q, and E.Q., Minors; MERCEDES QUIROZ, JASMINE QUIROZ, ANDREW RAMIREZ and CHRISTINA ESPINOZA as next friend of H.E., a Minor,<br>    *Plaintiffs*,<br><br>v.<br><br>OFFICERS EDUARDO PINEDA, SPENCER HANNA, ZANE DOWDELL, LUCAS PARKER, WILLIAM LEGGIO, and CITY OF AUSTIN, TEXAS,<br>    *Defendants*. | § § § § § § § § § § § § § § § | No. 1:21-cv-00443-RP |

**FOURTH JOINT STATUS REPORT REGARDING
PENDING CRIMINAL PROCEEDINGS AGAINST
DEFENDANTS EDUARDO PINEDA AND SPENCER HANNA**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1.   The parties file this quarterly joint status report pursuant to this Court's December 5, 2022 Order (Dkt. 45).

2.   Officer Pineda and Officer Hanna recently learned that Travis County District Attorney Jose Garza has decided he would not be presenting their cases to a grand jury, and therefore does not intend to indict either Officer at this time.

3.   Counsel for Plaintiffs and Defendants are currently coordinating the drafting and filing of the appropriate motions to lift the current stay of proceedings as Ordered on December 5, 2022 (Dkt. 45). Counsel intends to do so in the reasonably near future.

Respectfully submitted,

      **WRIGHT & GREENHILL, P.C.**
      4700 Mueller Blvd., Suite 200
      Austin, Texas  78723
      (512) 476-4600
      (512) 476-5382 – Fax

      By:    /s/ Blair J. Leake
          Blair J. Leake
          State Bar No. 24081630
          bleake@w-g.com
          Stephen B. Barron
          State Bar No. 24109619
          sbarron@w-g.com
      **ATTORNEYS FOR DEFENDANTS**
      **EDUARDO PINEDA AND**
      **SPENCER HANNA**

    – AND –

      **BOBBY R. TAYLOR**
      1709 E. Martin L. King, Jr. Blvd.
      Austin, Texas 78702
      Tel. (512) 476-4886
      Fax (512) 476-2818

      By:    /s/ Bobby R. Taylor
          Bobby R. Taylor
          State Bar No. 19685500
          bobby@taylor-law.com
      **ATTORNEY FOR PLAINTIFF**

    – AND –

      ANNE L. MORGAN, CITY ATTORNEY
      MEGHAN L. RILEY, LITIGATION
      DIVISION CHIEF

      By:    /s/ Monte L. Baron Jr.
          MONTE L. BARTON JR.
          State Bar No. 24115616
          monte.barton@austintexas.gov
          City of Austin
          P. O. Box 1546
          Austin, Texas  78767-1546
          Telephone (512) 974-2409
          Facsimile (512) 974-1311
      **ATTORNEYS FOR DEFENDANT**
      **CITY OF AUSTIN**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of December, 2023, a true and correct copy of the foregoing document was caused to be served upon all counsel of record via E-File/E-Service and/or E-Mail in accordance with the Federal Rules of Civil Procedure as follows:

Bobby R. Taylor
bobby@taylor-law.com
**THE LAW OFFICE OF BOBBY R. TAYLOR**
1709 E. Martin L. King, Jr. Blvd.
Austin, Texas 78702

Monte L. Barton, Jr.
monte.barton@austintexas.gov
**City of Austin – Law Department**
P.O. Box 1546
Austin, Texas  78767-1546

                                                                       /s/ Blair J. Leake
                                                                       Blair J. Leake