IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ENRIQUE QUIROZ, Deceased, § <br> Through JOSEPHONE SALAZAR § <br> Individually, and as NEXT FRIEND OF § <br> J.R.S, E.F Q, AND E.Q. Minors; § <br> MERCEDES QUIROZ, JASMINE § <br> QUIROZ, ANDREW RAMIREZ AND § <br> CHRISTINA ESPINOZA as NEXT § <br> FRIEND OF H.E., A MINOR, § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> OFFICERS EDUARDO PINEDA, § <br> SPENCER HANNA, ZANE § <br> DOWDELL, LUCAS PARKER, § <br> WILLIAM LEGGIO and § <br> CITY OF AUSTIN, TEXAS, § <br>     Defendants. § | CIVIL ACTION NO. 1:21-cv-443-RP |

**DEFENDANTS CITY OF AUSTIN, ZANE DOWDELL,
LUCAS PARKER, AND WILLIAM LEGGIO'S
<u>REPORT ON ALTERNATIVE DISPUTE RESOLUTION</u>**

Pursuant to Local Rule CV-88(b) and the Scheduling Order entered by the Court, (Dkt. No. 55) Defendants City of Austin, Zane Dowdell, Lucas Parker, and William Leggio file this Report on Alternative Dispute Resolution ("ADR").

    (1)    <u>Status of Settlement Negotiations</u>

The parties have not yet conducted any formal settlement negotiations.

    (2)    <u>Persons Responsible for Settlement Negotiations</u>

Plaintiffs are represented by attorney of record Bobby R. Taylor, who is responsible for Plaintiffs' settlement negotiations. Defendants Eduardo Pineda and Spencer Hanna are represented by attorneys of record Blair J. Leake, Stephen B. Barron and Archie Carl Pierce, who are responsible for their settlement negotiations. Defendants City of Austin, Zane Dowdell,

Lucas Parker, and William Leggio are represented by attorney of record Monte L. Barton Jr., who is responsible for their settlement negotiations. Any proposed settlement may be subject to the final approval of the City Council.

(3)     <u>Appropriateness of ADR at This Time</u>

At this time, Defendants believe that additional information through discovery would be helpful in assessing matters related to ADR. The parties will continue to discuss the appropriateness of ADR. Should the parties mutually agree that ADR is an appropriate option in the future, Defendants agree to non-binding mediation as their form of ADR.

RESPECTFULLY SUBMITTED,

ANNE L. MORGAN, CITY ATTORNEY
MEGHAN RILEY, LITIGATION CHIEF

 <u>/s/ Monte L. Barton Jr.</u>
MONTE L. BARTON JR.
State Bar No. 24115616
monte.barton@austintexas.gov
City of Austin
P. O. Box 1546
Austin, Texas 78767-1546
Telephone (512) 974-2409
Facsimile (512) 974-1311

**ATTORNEYS FOR DEFENDANTS**
**CITY OF AUSTIN, ZANE DOWDELL,**
**LUCAS PARKER and WILLIAM LEGGIO**

## CERTIFICATE OF SERVICE

I certify that on this the 19th day of April, 2024, I served a copy of *Defendants City of Austin, Zane Dowdell, Lucas Parker, and William Leggio's Report on Alternative Dispute Resolution* on all parties, by and through their attorneys of record, in compliance with the Federal Rules of Civil Procedure.

**Via CM/ECF:**

Bobby R. Taylor
State Bar No. 19685500
1709 E. Martin L. King Jr. Blvd
Austin, Texas 78702
Telephone: (512) 476-4886
Facsimile: (512) 476-2818

**ATTORNEY FOR PLAINTIFFS**

Blair J. Leake
State Bar No. 24081630
bleake@w-g.com
Stephen B. Barron
State Bar No. 24109619
sbarron@w-g.com
Archie Carl Pierce
State Bar No. 5991500
cpierce@w-g.com
WRIGHT & GREENHILL, P.C.
4700 Mueller Blvd., Suite 200
Austin, Texas 78723
Telephone: (512) 476-4600
Facsimile: (512) 476-5382

**ATTORNEY FOR DEFENDANTS EDUARDO PINEDA and SPENCER HANNA**

  */s/ Monte L. Barton Jr.*
MONTE L. BARTON JR.
Assistant City Attorney