**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **Through JOSEPHONE SALAZAR** § | |
| **Individually, and as NEXT FRIEND OF** § | |
| **J.R.S, E.F Q, AND E.Q. Minors;** § | |
| **MERCEDES QUIROZ, JASMINE** § | |
| **QUIROZ, ANDREW RAMIREZ AND** § | |
| **CHRISTINA ESPINOZA as NEXT** § | |
| **FRIEND OF H.E., A MINOR,** § | |
|     **Plaintiffs,** § | |
| § | **CIVIL ACTION NO. 1:21-cv-443-RP** |
| **v.** § | |
| § | |
| **OFFICERS EDUARDO PINEDA,** § | |
| **SPENCER HANNA, ZANE** § | |
| **DOWDELL, LUCAS PARKER,** § | |
| **WILLIAM LEGGIO and** § | |
| **CITY OF AUSTIN, TEXAS,** § | |
| **Defendants.** § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Defendant City of Austin, Zane Dowdell, Lucas Parker, and William Leggio, through undersigned counsel:

\_\_\_ consents to having a United States Magistrate Judge preside over the trial in this case.

 **X**  declines to consent to trial before a United States Magistrate Judge.

**DATED: April 19, 2024**

RESPECTFULLY SUBMITTED,
ANNE L. MORGAN, CITY ATTORNEY
MEGHAN RILEY, CHIEF, LITIGATION

 /s/ *Monte L. Barton Jr.*
MONTE L. BARTON JR.
State Bar No. 24115616
monte.barton@austintexas.gov
City of Austin
P. O. Box 1546
Austin, Texas 78767-1546
Telephone (512) 974-2409
Facsimile (512) 974-1311

**ATTORNEYS FOR DEFENDANT**
**CITY OF AUSTIN, ZANE DOWDELL,**
**LUCAS PARKER and WILLIAM LEGGIO**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that the foregoing was served on all counsel of record via the Court's CM/ECF system on

April 19, 2024.

**Via CM/ECF:**

Bobby R. Taylor
State Bar No. 19685500
1709 E. Martin L. King Jr. Blvd
Austin, Texas 78702
Telephone:  (512) 476-4886
Facsimile:  (512) 476-2818

**ATTORNEY FOR PLAINTIFFS**

Blair J. Leake
State Bar No. 24081630
bleake@w-g.com
Stephen B. Barron
State Bar No. 24109619
sbarron@w-g.com
Archie Carl Pierce
State Bar No. 5991500
cpierce@w-g.com
WRIGHT & GREENHILL, P.C.
900 Congress Avenue, Suite 500
Austin, Texas 78701
Telephone: (512) 476-4600
Facsimile:  (512) 476-5382

**ATTORNEY FOR DEFENDANTS**
**EDUARDO PINEDA and SPENCER HANNA**

*/s/ Monte L. Barton Jr.*
MONTE L. BARTON JR.